**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Jul 26, 2011**



Catherine A. Lemon
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Denver County District Court 2nd JD**
**Filing Date: Jul 26 2011 10:05AM MDT**
**Filing ID: 38892640**
**Review Clerk: Lillian L Vondra**

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Court Address: 1437 Bannock Street<br>Denver, CO 80202 | |
| **Plaintiff:**<br><br>MICHELE AND CHRISTOPHER J. YOUNG,<br><br>v.<br><br>**Defendants:**<br><br>WACHOVIA MORTGAGE COMPANY;<br>WELLS FARGO HOME MORTGAGE;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; AND JOHN DOES I AND II AND DOES 3-10. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2011-CV-4378<br><br>Division: 376 |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** | |

THE COURT, having reviewed Defendants Wachovia Mortgage Company, Wells Fargo Home Mortgage, and Mortgage Electronic Registration System's Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Complaint,

HEREBY ORDERS that the Motion is granted, and it is

FURTHER ORDERED that Defendants Wachovia Mortgage Company, Wells Fargo Home Mortgage, and Mortgage Electronic Registration System shall respond to the Complaint by August 16, 2011.

DONE and ORDERED this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

fb.us.7069765.01